No. 2,837.—CONRAD SCHMIDT, RESPONDENT, *v.* NICK HUGHES, APPELLANT.

*Appeal from District Court, Yellowstone County; Sydney Fox, Judge.*

Decided June 20, 1910.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed, in accordance with motion of appellant on file herein.

*Mr. W. M. Johnston,* and *Mr. H. J. Coleman,* for Appellant.

No. 2,886.—THE STATE OF MONTANA EX REL. J. M. JOHNSON, RELATOR, *v.* JOHN A. COLLINS, SHERIFF, RESPONDENT.

Original application for writ of mandate.

Decided June 25, 1910.

PER CURIAM.—The relator's application for writ of mandate herein is, after due consideration, by the court denied.

*Mr. H. S. McGinley,* for Relator.